UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARCQUES D. DAVIS,
a.k.a. MARQUES CHAPMAN,

    Defendant.

Case No. 21-CR-
[18 U.S.C. §§ 922(g)(1), 924(a)(2) &
924(c); 21 U.S.C. §§ 841(a)(1) &
841(b)(1)(C)]

**21-CR-043**

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1.     On or about September 11, 2020, in the State and Eastern District of Wisconsin,

**MARCQUES D. DAVIS,
a.k.a. MARQUES CHAPMAN,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2.     The firearm is further described as a Sig Sauer, Model SP 2022, .40 caliber pistol, bearing serial number 24B108285.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 11, 2020, in the State and Eastern District of Wisconsin,

**MARCQUES D. DAVIS,
a.k.a. MARQUES CHAPMAN,**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing cocaine and fentanyl, Schedule II controlled substances.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

2

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about September 11, 2020, in the State and Eastern District of Wisconsin,

**MARCQUES D. DAVIS,
a.k.a. MARQUES CHAPMAN,**

knowingly possessed a firearm during and in furtherance of the drug trafficking offense charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 924(c)(1)(C)(i).

## COUNT FOUR

**THE GRAND JURY FURTHER CHARGES THAT:**

1. On or about December 4, 2020, in the State and Eastern District of Wisconsin,

**MARCQUES D. DAVIS,
a.k.a. MARQUES CHAPMAN,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm which, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is further described as a Smith & Wesson, Model M&P Shield, .40 caliber pistol, bearing serial number JDN8242.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE NOTICE

Upon conviction of the offense in violation of Title 18, United States Code, Section 922(g)(1), set forth in Counts One and Four of this Indictment or Title 18, United States Code, Section 924(c), set forth in Count Three of this Indictment, the defendant, Marcques D. Davis, a.k.a. Marques Chapman, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the knowing violation of Sections 922(g)(1) and/or 924(c), including, but not limited to, the following:

a. a Sig Sauer, Model SP 2022, .40 caliber pistol, bearing serial number 24B108285; and

b. a Smith & Wesson, Model M&P Shield, .40 caliber pistol, bearing serial number JDN8242.

A TRUE BILL:

FOREPERSON

Date: February 23, 2021

RICHARD G. FROHLING
Acting United States Attorney

5